AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA

# UNITED STATES DISTRICT COURT
United States District Court
Southern District of Texas
FILED

Southern District Of Texas Brownsville Division

SEP 1 0 2019

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Miguel LOPEZ-Villicana
A098 266 219 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- 897-mj

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 09, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on September 09, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 03/23/2018. The defendant was convicted of Illegal Reentry by a Deported Alien on AUGUST 05, 2013. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $167 US dollars in their possession at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Mora, Sergio A.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 10, 2019    at    Brownsville, Texas
Date                                                   City/State

Ignacio Torteya III      U.S. Magistrate Judge
Name of Judge                   Title of Judge                  Signature of Judge